B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Southern District of Florida | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**A.B.A. Fire Equipment, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA A-1 Fire Equipment; DBA A-1 Electric Company; DBA A-1 Fire and Electric Company; DBA A-1 Fire Equipment Co.; DBA A-1 Fire & Equipment; DBA A-1 Fire and Equipment Inc.** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**59-1596625** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**3619 NW 2 Ave**<br>**Miami, FL**<br>ZIP Code **33127** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Miami-Dade** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**PO Box 370926**<br>**Miami, FL**<br>ZIP Code **33127** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
■ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**B1 (Official Form 1)(4/10)** | Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **A.B.A. Fire Equipment, Inc.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X** _____<br>Signature of Attorney for Debtor(s)        (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)                                                                                                                                  Page 3

| Voluntary Petition | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **A.B.A. Fire Equipment, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X  /s/ Peter D. Russin**
Signature of Attorney for Debtor(s)

**Peter D. Russin 765902**
Printed Name of Attorney for Debtor(s)

**Meland Russin & Budwick, P.A.**
Firm Name

**200 South Biscayne Boulevard**
**Suite 3000**
**Miami, FL 33131**

Address

                    **Email: www.melandrussin.com**
**(305) 358-6363  Fax: (305) 358-1221**
Telephone Number

**September 19, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X  /s/ Earl Speigel**
Signature of Authorized Individual

**Earl Speigel**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**September 19, 2011**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
## Southern District of Florida

In re  **A.B.A. Fire Equipment, Inc.**

Debtor(s)

Case No.

Chapter  **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Earl Speigel**, declare under penalty of perjury that I am the **President** of **A.B.A. Fire Equipment, Inc.**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the **15** day of **September**, 2010.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Earl Speigel, President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Earl Speigel, President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Earl Speigel, President** of this Corporation is authorized and directed to employ **Peter D. Russin 765902**, attorney and the law firm of **Meland Russin & Budwick, P.A.** to represent the corporation in such bankruptcy case."

Date  **September 15, 2011**

Signed  **/s/ Earl Speigel**

**Earl Speigel**

Resolution of Board of Directors
of
**A.B.A. Fire Equipment, Inc.**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Earl Speigel**, **President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Earl Speigel**, **President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Earl Speigel**, **President** of this Corporation is authorized and directed to employ **Peter D. Russin 765902**, attorney and the law firm of **Meland Russin & Budwick, P.A.** to represent the corporation in such bankruptcy case.

Date  **September 15, 2011**                    Signed  **/s/ Earl Speigel**
                                                        **Earl Speigel**

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re    **A.B.A. Fire Equipment, Inc.**                                    Case No. _____
                                        Debtor(s)        Chapter        **11**        _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| A & P Air Conditioning<br>2322 W 78 St<br>Hialeah, FL 33016 | A & P Air Conditioning<br>2322 W 78 St<br>Hialeah, FL 33016 | Materials and Labor on Jobsite | | 16,400.00 |
| Aspen Specialty Ins. Co.<br>c/o Benuck & Rainey, Inc.<br>PO Box 548<br>Durham, NH 03824-0548 | Aspen Specialty Ins. Co.<br>c/o Benuck & Rainey, Inc.<br>PO Box 548<br>Durham, NH 03824-0548 | Insurance coverage [Acct Nos. CR0900027469, CR1000028591 and CR1000028137] | | 26,163.43 |
| Bank of America<br>PO Box 15731<br>Wilmington, DE 19886 | Bank of America<br>PO Box 15731<br>Wilmington, DE 19886 | Credit Card | Disputed | 43,856.70 |
| Chase Card Services<br>Cardmember Service<br>PO Box 15153<br>Wilmington, DE 19886 | Chase Card Services<br>Cardmember Service<br>PO Box 15153<br>Wilmington, DE 19886 | Credit Card | | 42,739.95 |
| CHC Of Florida<br>PO Box 6552<br>Carol Stream, IL 60197-6552 | CHC Of Florida<br>PO Box 6552<br>Carol Stream, IL 60197-6552 | Health Insurance | | 30,093.35 |
| First Insurance Funding Corp.<br>450 Skokie Blvd. Ste 1000<br>Northbrook, IL 60065-3306 | First Insurance Funding Corp.<br>450 Skokie Blvd. Ste 1000<br>Northbrook, IL 60065-3306 | Gl And Umbrella Insurance Financing | | 14,903.59 |
| Florida Department of Revenue<br>Bankruptcy Section<br>PO Box 6668<br>Tallahassee, FL 32314-6668 | Florida Department of Revenue<br>Bankruptcy Section<br>PO Box 6668<br>Tallahassee, FL 32314-6668 | | | 18,297.60 |
| Heiser<br>PO Box 730<br>Canandaigua, NY 14424 | Heiser<br>PO Box 730<br>Canandaigua, NY 14424 | Materials/Supplies | | 52,492.44 |
| Howard Pearson<br>19921 NE 22 Ave<br>Miami, FL 33180 | Howard Pearson<br>19921 NE 22 Ave<br>Miami, FL 33180 | Chase 8119 reimbursement for Materials/Supplies | | 23,323.00 |

B4 (Official Form 4) (12/07) - Cont.

In re    __A.B.A. Fire Equipment, Inc._____    Case No. _____

_____Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| IRS Jacksonville<br>PO Box 35045<br>STOP 5750 Attn: Lien Clerk<br>Jacksonville, FL 32202-0045 | IRS Jacksonville<br>PO Box 35045<br>STOP 5750 Attn: Lien Clerk<br>Jacksonville, FL 32202-0045 | | | 74,686.66<br><br>(0.00 secured) |
| IRS Jacksonville<br>PO Box 35045<br>STOP 5750 Attn: Lien Clerk<br>Jacksonville, FL 32202-0045 | IRS Jacksonville<br>PO Box 35045<br>STOP 5750 Attn: Lien Clerk<br>Jacksonville, FL 32202-0045 | | | 157,439.56<br><br>(0.00 secured) |
| IRS Jacksonville<br>PO Box 35045<br>STOP 5750 Attn: Lien Clerk<br>Jacksonville, FL 32202-0045 | IRS Jacksonville<br>PO Box 35045<br>STOP 5750 Attn: Lien Clerk<br>Jacksonville, FL 32202-0045 | | | 100,236.74<br><br>(0.00 secured) |
| IRS Jacksonville<br>PO Box 35045<br>STOP 5750 Attn: Lien Clerk<br>Jacksonville, FL 32202-0045 | IRS Jacksonville<br>PO Box 35045<br>STOP 5750 Attn: Lien Clerk<br>Jacksonville, FL 32202-0045 | | | 75,387.05<br><br>(0.00 secured) |
| JPMorgan Chase Bank, NA<br>Collateral Mgmt Small Business<br>PO Box 33035<br>Louisville, KY 40232-9891 | JPMorgan Chase Bank, NA<br>Collateral Mgmt Small Business<br>PO Box 33035<br>Louisville, KY 40232-9891 | All inventory, chattel paper, accounts and general intangibles, all proceeds relating thereto including insurance and other accounts proceeds | | 1,352,478.17<br><br>(0.00 secured) |
| Miami-Dade County Tax Collector<br>Paralegal Unit<br>140 W Flagler St, 14 FL<br>Miami, FL 33130 | Miami-Dade County Tax Collector<br>Paralegal Unit<br>140 W Flagler St, 14 FL<br>Miami, FL 33130 | | | 27,964.88 |
| Notifier By Honeywell<br>Honeywell Fire Group<br>98534 Collection Center Dr<br>Chicago, IL 60693 | Notifier By Honeywell<br>Honeywell Fire Group<br>98534 Collection Center Dr<br>Chicago, IL 60693 | Materials/Supplies | | 109,351.49 |
| RHE Holdings, LLC<br>3619 NW 2 Ave<br>Attn: Howard Pearson<br>Miami, FL 33127 | RHE Holdings, LLC<br>3619 NW 2 Ave<br>Attn: Howard Pearson<br>Miami, FL 33127 | Rent | | 20,303.33 |
| Sprint<br>PO Box 8077<br>London, KY 40742 | Sprint<br>PO Box 8077<br>London, KY 40742 | Utility | | 35,509.67 |
| State of Florida, Dept of Revenue<br>Miami North Service Ctr<br>8175 NW 12 St, Ste 119<br>Miami, FL 33126-1828 | State of Florida, Dept of Revenue<br>Miami North Service Ctr<br>8175 NW 12 St, Ste 119<br>Miami, FL 33126-1828 | | | 25,096.39<br><br>(0.00 secured) |

**B4 (Official Form 4) (12/07) - Cont.**

In re    **A.B.A. Fire Equipment, Inc.**            Case No.                               

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Viking Supplynet**<br>**2353 International St.**<br>**Columbus, OH 43228** | **Viking Supplynet**<br>**2353 International St.**<br>**Columbus, OH 43228** | **Materials/Supplies** | | **17,687.78** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

      I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **September 19, 2011**           Signature    **/s/ Earl Speigel**

                                               **Earl Speigel**<br>                                               **President**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

.

A & P Air Conditioning
2322 W 78 St
Hialeah, FL 33016


Alarms By Bell, Inc.
1850 San Marco Rd
Ste A
Marco Island, FL 34145


Alex Glasenberg
150 Signet Dr
Toronto
Canada M9L1T9
CANADA


Arco Security
3905 SW 110 Ave
Miami, FL 33165


Aspen Specialty Ins. Co.
c/o Benuck & Rainey, Inc.
PO Box 548
Durham, NH 03824-0548


Audi Financial Services
PO Box 17497
Baltimore, MD 21297


Bank of America
PO Box 15731
Wilmington, DE 19886


Bank of America, N.A.
9000 Southside Blvd.
FL9-100-03-15
Jacksonville, FL 32256-0793


Barricades, Inc.
7904 NW 67 St
Miami, FL 33166


BMW Financial Services
PO Box 9001065
Louisville, KY 40290

Bonded Lighting Protection Systems
PO Box 9006
Jupiter, FL 33468-9006


Broward County Tax Collector
Governmental Center Annex
115 South Andrews Avenue
Fort Lauderdale, FL 33301


Canady Co2 Gas & Fire Equipment
PO Box 384
Lakeland, FL 33802


Cero's Fence Corp.
7754 NW 53 St
Miami, FL 33166


Chase Card Services
Cardmember Service
PO Box 15153
Wilmington, DE 19886


CHC Of Florida
PO Box 6552
Carol Stream, IL 60197-6552


CIT Technology
21146 Network Pl
Chicago, IL 60673-1211


Citizens Property Insurance
PO Box 17869
Jacksonville, FL 32245-7869


City Of Boynton Beach
PO Box 310
Boynton Beach, FL 33425-0310


City Of Doral
8300 NW 53 St, Ste 200
Doral, FL 33166


City of Jacksonville Tax Collectors

City Of Miami
444 SW 2 Ave, 4 FL
Miami, FL 33130

City Of Miami Beach
1700 Convention Center Dr
Miami Beach, FL 33139

Code Plus Systems Inc.
6765 SW 81St St
Miami, FL 33143

Compucare Systems Inc.
814 Ponce De Leon Blvd., Ste 407
Coral Gables, FL 33134

Craftsmen On Call
3040 Gulf To Bay Blvd
Clearwater, FL 33759

Crystal Springs - 2230
P O Box 660579
Dallas, TX 75266-0579

Dade Paper
PO Box 523666
Miami, FL 33152

De Lage Landen Financial Svcs Inc.
1111 Old Eagle School Rd
Wayne, PA 19087

Earl Speigel
2230 NE 202 St
Miami, FL 33180

EHE Holdings, LLC
3619 NW 2 Ave
Attn: Howard Pearson
Miami, FL 33127

Electrical Wholesalers, Inc.
3405 NW 115 Ave
Miami, FL 33178

First Insurance Funding Corp.
450 Skokie Blvd. Ste 1000
Northbrook, IL 60065-3306


Florida Department of Revenue
Bankruptcy Section
PO Box 6668
Tallahassee, FL 32314-6668


FM Approvals
1151 Boston-Providence Turnpike
PO Box 9102
Norwood, MA 02062


Ford Credit
PO Box 542000
Omaha, NE 68154


Ford Credit CRAP
PO Box 542000
Omaha, NE 68154


FPL
General Mail Facility
Miami, FL 33188


Gary J. Alhalel, P.A., Trust Account
25 SE 2Nd Ave., Ste 1045
Miami, FL 33131


Global Rental Co., Inc.
33 Inverness Center Pkwy
Ste 250
Birmingham, AL 35242


Global Response
Answering Service Care Division
777 S State Rd 7
Margate, FL 33068-2803


Grainger
PO Box 419267
Dept. 480-814707964
Kansas, MO 64141

GreatAmerica Leasing Corp.
Account Svcs Processing Ctr
PO Box 609
Cedar Rapids, IA 52406-0609


Greatamerica Leasing Corp.
PO Box 660831
Dallas, TX 75266-0831


Harold L. Benjamin, CPA
5640 Hollywood Blvd.
Hollywood, FL 33021


Heiser
PO Box 730
Canandaigua, NY 14424


High Ridge Ii Comm Ctr Owner'S Assoc
c/o Bank Atlantic
PO Box 8312
Ft. Lauderdale, FL 33310


Howard Pearson
19921 NE 22 Ave
Miami, FL 33180


Infiniti Financial Services
PO Box 60124
City of Industry, CA 91716


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


IRS Jacksonville
PO Box 35045
STOP 5750 Attn: Lien Clerk
Jacksonville, FL 32202-0045


JPMorgan Chase Bank, NA
Collateral Mgmt Small Business
PO Box 33035
Louisville, KY 40232-9891

L.G.Printing, Inc.
5620 NW 35 Ave
Miami, FL 33142


LCEC
PO Box 31477
Tampa, FL 33631


Life Safety Designs
3038 Lenox Ave
Jacksonville, FL 32254


Mdt Personnel, Llc.
17757 US Hwy 19 N
Ste 660
Clearwater, FL 33764-6598


Memorial Regional Hospital
PO Box 863436
Orlando, FL 32886


Metro Ford
9000 NW 7 Ave
Miami, FL 33150


Miami-Dade County Tax Collector
Paralegal Unit
140 W Flagler St, 14 FL
Miami, FL 33130


Michael Florence
103 Vesta Dr
Toronto
M5P 2Z8
CANADA


Micronek Systems Inc
814 Ponce De Leon Blvd.
Ste 407
Coral Gables, FL 33134


Monroe County Tax Collector

National Monitoring Center
26800 Aliso Viejo Pky
Ste 250
Aliso Viejo, CA 92656


NFPA
PO Box 9689
Manchester, NH 03108-9689


Nissan Motor Acceptance Corporation
PO Box 60124
City of Industry, CA 91716


Notifier By Honeywell
Honeywell Fire Group
98534 Collection Center Dr
Chicago, IL 60693


Okaloosa County Tax Collector


Optical Expressions, Inc.
150 Signet Dr
Toronto
Canada M9L1T9
CANADA


Palm Beach County Tax Collector


Palm Springs General Hospital
1475 W 49 St
Hialeah, FL 33012


Personal Mini Storage Clermont 27
2115 US Hwy 27
Clermont, FL 34714


Piet, Inc.
8950 Oldham Way
W Palm Beach, FL 33412


Quality Line Containers, LLC
8567 Coral Way, Ste 277
Miami, FL 33155

Randy Meland
1340 NW 122 Ave
Pembroke Pines, FL 33026


Reach Service & Equipment, Inc.
7027 W Broward Blvd. Ste. 283
Plantation, FL 33317


RFIC
PO Box 32034
Lakeland, FL 33802


RHE Holdings, LLC
3619 NW 2 Ave
Attn: Howard Pearson
Miami, FL 33127


Rikare Management, Inc.
150 Signet Dr
Toronto
Canada M9L1T9
CANADA


Ross B. Carter
PO Box 1372
Destin, FL 32540


Royal Electric
3680 NW 54 St
Miami, FL 33142


Runcentral, LLC
7314 SW 48 St
Miami, FL 33155


Sheriden Cable Corporation
1350 SW 13 Ct
Pompano Beach, FL 33069


Southern Comfort Air, LLC
994 N. Barfield Drive
Clermont, FL 34714

Southern Electronic Telephone
28715 SW 132 Ave, Ste 122
Homestead, FL 33033


Spearland Holdings, LLC
3619 NW 2 Ave
Attn: Howard Pearson
Miami, FL 33127


Sprint
PO Box 8077
London, KY 40742


Staples Business Advantage
Dept. Atl
PO Box 405386
Atlanta, GA 30384-5386


State of Florida, Dept of Revenue
Miami North Service Ctr
8175 NW 12 St, Ste 119
Miami, FL 33126-1828


Toshiba Business Solutions
6401 Nob Hill Rd
Tamarac, FL 33321


Trigas
7320 NW 58 St
Miami, FL 33166


Viking Supplynet
2353 International St.
Columbus, OH 43228


Virsacom Business Services
P. O. Box 67
Lake Forest, CA 92609-0067


Volt Tech Electrical Contractor
4555 Capron Rd
Titusville, FL 32780

Waste Management
Dade County
PO Box 105453
Atlanta, GA 30348-5453


Wells Fargo Financial Leasing, Inc.
800 Walnut St
MAC F-4031-040
Des Moines, IA 50309


Zack Cecemski
994 N Barfield Dr, #35
Marco Island, FL 34145


A-1 Fire Equipment, Corp.
3619 NW 2 Ave
Miami, FL 33127


Everett David Price, III
1224 Alexander Bend
Weston, FL 33327


Internal Revenue Service
Special Procedures - Insolvency
PO Box 17167 Stop 5760
Attn: Bankruptcy Unit
Fort Lauderdale, FL 33318


Internal Revenue Service
51 SW 1 Ave
Stop 5130
Miami, FL 33130